IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                                CR NO: 6:25-MJ-00006-HBK

**JEFFREY DALE PLUMB II,**

    Defendant.

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum      ☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | | Jeffrey Dale Plumb II |
| Detained at | | Madera County Jail |
| Detainee is: | a.) | ☒ charged in this district by: ☐ Indictment ☐ Information ☒ Complaint |
| | | charging detainee with: 36 CFR 4.14(b): Open container of alcohol in a motor vehicle; 36 CFR 2.35(b)(2): Possession of a controlled substance; 36 CFR 4.15(a): Failure to utilize safety belt; 36 CFR 4.2 and CVC 14601.2(a): Driving while suspended or revoked for alcohol related offenses; and 36 CFR 4.2 and CVC 16028(a): Failure to provide proof of insurance. |
| or | b.) | ☐ a witness not otherwise available by ordinary process of the Court |
| Detainee will: | a.) | ☒ return to the custody of detaining facility upon termination of proceedings |
| or | b.) | ☐ be retained in federal custody until final disposition of federal charges. |

**Appearance is necessary June 17, 2025, at 10 am in Yosemite National Park, Eastern District of California.**

| | |
|---|---|
| Signature: | /s/ *Arin C. Heinz* |
| Printed Name & Phone No: | Arin C. Heinz, 559-388-1477 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum      ☐ Ad Testificandum

    The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, **on June 17, 2025**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: June 12, 2025

Honorable Helena M. Barch-Kuchta
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Jeffrey Dale Plumb II | ☒ Male ☐ Female | |
| Booking or CDC #: | | DOB: | April 24, 1993 |
| Facility Address: | Madera County Jail, 14191 Road 28 | Race: | White |
| Facility Phone: | 559-675-7951 | FBI#: | 372813PD9 |
| Currently | In Custody | | |

**RETURN OF SERVICE**

Executed on: _____        _____
                                                                    (signature)