ERIC GRANT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>JEFFREY DALE PLUMB,<br><br>                    Defendant. | Case No. 6:25-MJ-6-HBK<br><br><br><br><br>MOTION AND ORDER FOR DISMISSAL<br><br>(Doc. No. 9) |

   The United States of America, by and through Eric Grant, United States Attorney, and Arin C. Heinz, Assistant United States Attorney, hereby moves to dismiss Case No. 6:25-MJ-6-HBK against JEFFREY DALE PLUMB, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. Mr. Plumb is currently serving a 5-year prison sentence in Madera County for various offenses. In coordinating with the Madera County DA's Office, the United States believes the interest of justice warrants dismissal.

DATED: October 30, 2025                    Respectfully submitted,

                                           ERIC GRANT
                                           United States Attorney

                                    By:    /s/ *Arin C. Heinz*
                                           ARIN C. HEINZ
                                           Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that the government's motion (Doc. No. 9) is GRANTED and the Complaint (Case No. 6:25-MJ-6-HBK) is dismissed, without prejudice, in the interest of justice pursuant to Fed. R. Crim. P. 48(a).

Dated:   October 31, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE